# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CURLEY, SARAH S. | U.S. BANKRUPTCY COURT, D. AZ | 05/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

230 N FIRST AVENUE
SUITE 101
PHOENIX, AZ 85003-1727

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | FINANCE COMMITTEE | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES |
| 2. | EXECUTIVE COMMITTEE | ABA JUDICIAL DIVISION - NATIONAL CONFERENCE OF FEDERAL TRIAL JUDGES |
| 3. | PRESIDENT | ARIZONA BANKRUPTCY AMERICAN INN OF COURT |
| 4. | BUDGET ADVISORY COMMITTEE | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | FALL, 2011 | ASU LAW SCHOOL - TEACHING | $3,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 02/10/2011 - 02/13/2011 | ATLANTA, GA | PARTIAL REIMBURSEMENT FOR ATTENDANCE AT ABA MIDYEAR MEETING | ROOM |
| 2. | AMERICAN BAR ASSOCIATION | 02/10/2011 - 02/13/2011 | ATLANTA, GA | PARTIAL REIMBURSEMENT FOR ATTENDANCE AT ABA MIDYEAR MEETING | TRANSPORTATION AND ROOM |
| 3. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 04/03/2011 -04/05/2011 | PALM DESERT, CA | REIMBURSEMENT FOR MIDYEAR NCBJ MEETING | TRANSPORTATION AND ROOM |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/10/2012 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| **CURLEY, SARAH S.** | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AXA EQUITABLE | A | Interest | K | T | | | | | |
| 2. IRA ACCOUNT, WELLS FARGO BANK | C | Int./Div. | N | T | | | | | |
| 3. - WELLS FARGO MONEY MARKET ACCT. | | | | | | | | | |
| 4. - WELLS FARGO ADV. TOTAL RETURN BOND FUND (MNTRX) | | | | | Sold (part) | 06/14/11 | J | | |
| 5. -MFS SER. TR. VALUE (MSFRX) | | | | | Sold (part) | 06/14/11 | J | | |
| 6. -NORTHERN LTS. ARROW ALTER. SOLUTIONS - CLASS C (ASFTX) | | | | | Sold (part) | 01/11/11 | J | | |
| 7. -NORTHERN LTS. ARROW DWA BALANCED - CLASS C (DWATX) | | | | | Buy | 01/11/11 | J | | |
| 8. -NORTHERN LTS. ARROW DWA BALANCED FUND - CLASS C (DWATX) | | | | | Sold | 06/14/11 | L | | |
| 9. -NORTHERN LTS. ARROW ALTERNATIVE (ASFTX) | | | | | Sold | 06/14/11 | J | | |
| 10. -HARTFORD INFLATION PLUS FUND, CLASS A (HIPAX) | | | | | Sold (part) | 06/16/11 | J | | |
| 11. -HARTFORD MTL MIDCAP VALUE, CLASS A (HMVAX) | | | | | Sold (part) | 06/16/11 | K | | |
| 12. -CD'S | | | | | | | | | |
| 13. -COMMON STOCK - RESEARCH IN MOTION LIMITED (RIMM) | | | | | | | | | |
| 14. -COMMON STOCK - PEPSICO (PEP) | | | | | | | | | |
| 15. -COMMON STOCK - MEDICIS PHARMACEUTICAL, CLASS A (MRX) | | | | | | | | | |
| 16. SHS CISCO COMMON STOCK | A | Dividend | K | T | | | | | |
| 17. WELLS FARGO MONEY MARKET FUND A | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  IRA ACCOUNT, US BANK | D | Int./Div. | N | T | | | | | |
| 19.  -US BANK MONEY MARKET ACCT | | | | | | | | | |
| 20.  -HARTFORD INFLATION PLUS FUND, CLASS A (HIPAX) | | | | | Sold (part) | 01/19/11 | L | | |
| 21.  -HARTFORD FUNDS GROWTH, CLASS A (HGWAX) (X) | | | | | Buy | 01/19/11 | L | | |
| 22.  -HARTFORD FUNDS TOTAL RETURN BOND FUND, CLASS A (ITBAX) | | | | | Sold (part) | 01/19/11 | K | | |
| 23.  -HARTFORD FUNDS MIDCAP VALUE, CLASS A (HMVAX) | | | | | Buy | 01/19/11 | K | | |
| 24.  -HARTFORD FUNDS GROWTH, CLASS A (HGWAX)(X) | | | | | Sold (part) | 06/16/11 | K | | |
| 25.  -HARTFORD FUNDS GLOBAL HEALTH FUND, CLASS A (HGHAX) | | | | | Sold (part) | 06/16/11 | L | | |
| 26.  -HARTFORD INFLATION PLUS FUND, CLASS A (HIPAX) | | | | | Sold (part) | 06/16/11 | K | | |
| 27.  -HARTFORD FUNDS MIDCAP VALUE, CLASS A (HMVAX) | | | | | Sold (part) | 06/16/11 | K | | |
| 28.  -HARTFORD FUNDS GROWTH FUND, CLASS A (HGWAX)(X) | | | | | Sold | 07/19/11 | J | | |
| 29.  -HARTFORD FUNDS CHECKS & BALANCES, CLASS A (HCKAX)(X) | | | | | Buy | 07/19/11 | J | | |
| 30.  -HARTFORD FUNDS TOTAL RETURN BOND FUND, CLASS A (ITBAX) | | | | | Sold | 07/19/11 | K | | |
| 31.  -HARTFORD FUNDS CHECKS AND BALANCES, CLASS A (HCKAX)(X) | | | | | Buy | 07/19/11 | K | | |
| 32.  -HARTFORD FUNDS CAPITAL APPRECIATION FUND, CLASS A (ITHAX) | | | | | Sold | 07/19/11 | L | | |
| 33.  -HARTFORD FUNDS CHECKS & BALANCES, CLASS A (HCKAX)(X) | | | | | Buy | 07/19/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -HARTFORD FUNDS CHECKS & BALANCES, CLASS A (HCKAX)(X) | | | | | Buy | 07/20/11 | L | | |
| 35. -UNION BANK NA C.D. (DJ LINKED) | | | | | Buy | 07/28/11 | K | | |
| 36. -UNION BANK NA C.D. (S&P LINKED) | | | | | Buy | 07/28/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the Amended Report of 2010, Part VII, Line 8, Northern Lts. Arrow Tactical Class, C (DWTTX) was labeled as being sold (part) on 2/8/10. However, the entire interest in said fund was sold on 2/8/10. Therefore, there is no interest in said fund to report on this financial disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SARAH S. CURLEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544